STATE of Missouri, Respondent,

v.

Jeremy Jason JENNINGS, Appellant.

WD 78468

Missouri Court of Appeals, Western District.

Order filed: March 8, 2016

Mary H. Moore, for Respondent.

Irene C. Karns, Columbia, for Appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

ORDER

PER CURIAM:

Jeremy Jennings appeals from his convictions after a jury trial of two counts of statutory sodomy in the first degree. The trial court sentenced Jennings in accordance with the verdict to two terms of ten years to be served concurrently. Because a published opinion would have no prece-

dential value, a memorandum has been provided to the parties.

The judgment of convictions is affirmed. Rule 30.25(b).